**Order entered October 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00409-CR
No. 05-15-00410-CR

**ERIC JAMES BALLOU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause Nos. CR15-0124, CR15-0125**

## ORDER

The Court **REINSTATES** the appeals.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's briefs had not been filed. On October 21, 2015, we receive extensions motions for both cases. On October 21, 2015, we received appellant's brief in cause no. 05-15-00410-CR and on October 22, 2015, we received appellant's brief in cause no. 05-15-00409-CR. Accordingly, we conclude findings are no longer necessary and we **VACATE** the October 5, 2015 order to the extent it requires findings.

We **GRANT** the October 21, 2015 extension motions and **ORDER** appellant's briefs filed as of the date of this order.

We **DENY** as moot appellant's October 6, 2015 extension motions that were filed, without briefs, while the appeals were abated.

/s/     ADA BROWN
         JUSTICE